IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

AHMAD MOHAMMAD AL DARBI,      )
            )
         Petitioner,      )
            )
      vs.      )      Civil Action No.: 05-2371 (RCL)
            )
BARACK OBAMA, *et al.*,      )
            )
         Respondents.      )
_____)

**SCHEDULING ORDER**

THIS CAUSE comes before the Court upon the parties' Joint Status Report. Based upon the representations of the parties, it is hereby

1. ORDERED that Petitioner shall file his Traverse on or before December 10, 2010;

2. ORDERED that Respondents shall file their motion to amend the Factual Return by January 14, 2011; and

3. ORDERED that the parties shall file a Joint Status Report on or before January 28, 2011, in which they will either:

   a. notify the Court that Petitioner intends to move for additional discovery and/or to amend his Traverse and propose a briefing schedule on that matter; or

   b. propose a briefing schedule for the parties' cross-motions for judgment on the record.

SO ORDERED.


_8/17/2010_____                     /s/
Date    ROYCE                   C. LAMBERTH
                          CHIEF JUDGE